UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLT BORGESON,<br><br>      Plaintiff,<br><br> v.<br><br>C/O REBECCA FARRELL,<br><br>      Defendant. | CASE NO. C18-0354-MJP-MAT<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his original complaint to this Court for filing on March 7, 2018, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) Plaintiff was at that time confined at the Snohomish County Jail. (*See* Dkt. 1-1 at 2.) After correcting deficiencies in both his *in forma pauperis* application and his original complaint, plaintiff's amended complaint was served on the lone defendant named therein, Snohomish County Corrections Officer Rebecca Farrell. (*See* Dkts. 2, 3, 7, 9, 10.) Defendant Farrell filed a timely answer to plaintiff's amended complaint on July 13, 2018, and on July 27, 2018 this Court issued an Order establishing pretrial deadlines in this matter, including a discovery deadline of October 26, 2018 and a dispositive motion filing deadline of November 26, 2018. (Dkts. 14, 18.)

REPORT AND RECOMMENDATION - 1

On August 20, 2018, while still confined at the Snohomish County Jail, plaintiff filed a motion to compel discovery. (Dkt. 19.) On September 4, 2018, while his motion to compel was pending, plaintiff filed a notice of change of address indicating that he had been moved to the Skagit County Jail and asking that all mail be sent to him there beginning immediately. (Dkt. 22.) On the same date, plaintiff filed a motion for production of documents. (Dkt. 23.) Though plaintiff indicated he had been moved to Skagit County, both of plaintiff's September 4, 2018 submissions were apparently mailed from the Snohomish County Jail. (*See id.*) Nonetheless, pursuant to his notice of change of address, plaintiff's address was updated in the Court's records to reflect that he was confined at the Skagit County Jail. (*See* Dkt. 22.) On September 13, 2018, this Court issued an Order denying plaintiff's motions to compel and for production of documents. (Dkt. 24.) That Order was sent to plaintiff at his updated address, the Skagit County Jail. On September 25, 2018, the Order was returned by the post office with a notation indicating that the mail was not deliverable because plaintiff was no longer in custody. (*See* Dkt. 25.) To date, plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2). Defendant's recently filed motion for an extension of the dispositive motion filing deadline, which was necessitated by plaintiff's failure to provide the Court and defense counsel with a current address (*see* Dkt. 26), should be stricken as moot. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report

REPORT AND RECOMMENDATION - 2

and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 18, 2019**.

DATED this 27th day of December, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3