1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  | COLT BORGESON,

9  |                 Plaintiff,        Case No. C18-0354-MJP

10 |    v.

11 | C/O REBECCA FARRELL,         ORDER DISMISSING ACTION

12 |               Defendant.

13

14   The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice

15 Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

16       (1)   The Report and Recommendation is approved and adopted;

17       (2)   This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to

18 LCR 41(b)(2);

19       (3)   Defendant's motion for an extension of the dispositive motion filing deadline (Dkt.

20 26) is STRICKEN as moot; and

21 //

22 //

23 //

ORDER DISMISSING ACTION - 1

1      (4)    The Clerk is directed to send copies of this Order to plaintiff at his last known

2  address, to counsel for defendant, and to Judge Theiler.

3      DATED this **23** day of _january_, 2019.

4

5                         MARSHA J. PECHMAN
                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING ACTION - 2